FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 DEC -4 AM 10: 37

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MARVIN LEE HEIGHT, | ) |
| Petitioner, | ) |
| v. | ) CV 315-090 |
| WARDEN WALTER BERRY, | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge recommended dismissing this petition filed pursuant to 28 U.S.C. § 2254 as successive. (See doc. no. 3.) In lieu of objections, Petitioner filed a motion to dismiss the petition in which he concedes he improperly filed a successive petition without obtaining permission from the Eleventh Circuit Court of Appeals. (Doc. no. 5.) Petitioner asks that the instant petition be dismissed without prejudice so that he can make the proper application. (Id.) As the Magistrate Judge explained, however, this Court cannot consider his petition without the requisite authorization, and therefore he must apply to the Court of Appeals for permission to proceed with another petition. (Doc. on. 3, p. 3.) Thus, his current request to dismiss is moot.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES AS MOOT** Petitioner's

motion to proceed *in forma pauperis* and motion to dismiss (doc. nos. 2, 5), and **DISMISSES** this petition.

A prisoner seeking relief under § 2254 must obtain a certificate of appealability ("COA") before appealing the denial of his application for a writ of habeas corpus. This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a) to the Rules Governing Section 2254 Proceedings. This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in Slack v. McDaniel, 529 U.S. 473, 482-84 (2000), Petitioner has failed to make the requisite showing. Accordingly, the Court **DENIES** a COA in this case.[1] Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith, and Petitioner is not entitled to appeal *in forma pauperis*. See 28 U.S.C. § 1915(a)(3).

Upon the foregoing, the Court CLOSES this civil action.

SO ORDERED this ___ day of December, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2254 Proceedings.

2