# United States District Court
## Southern District of Georgia

MARVIN LEE HEIGHT,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-090

WARDEN, WALTER BERRY,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 4, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the petition is DISMISSED and this civil action stands CLOSED.

December 4, 2015  
*Date*



Scott L. Poff  
*Clerk*

(By) Deputy Clerk